DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 Eye Street
Bakersfield, CA  93301
Tel. No.: (661) 323-1400
Fax No.:    (661) 323-0132

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR., et al., | Case No. 1:14-CV-00896-LJO-JLT |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF KERN, et al., | **(Doc. 9)** |
| Defendants. | |

    IT IS HEREBY ORDERED that pursuant to the parties stipulation the Amended Complaint will be filed and an Answer required on or before July 17, 2014.

IT IS SO ORDERED.

    Dated:   **July 9, 2014**              **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE