1  THERESA A. GOLDNER, COUNTY COUNSEL
2  By: Marshall S. Fontes, Deputy (SBN 139567)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone 661-868-3800
5  Fax 661-868-3805

6
   Attorneys for Defendants
7  County of Kern, Tanner Miller,
   and Robert Reed
8

9

10               UNITED STATES DISTRICT COURT

11               EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| BRIAN DORA, JR., BRIAN DORA, SR., JAIME ALATORRE, RAUL ALATORRE, GLORIA RAMIREZ, DAVID RAMIREZ, ALEXANDRA RAMIREZ AND ANDREA RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, ROBERT REED, TANNER MILLER and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.:<br>1:14-CV-00896-LJO-JLT<br><br>STIPULATION FOR PARTIAL DISMISSAL OF CASE, INCLUDING ALL CLAIMS OF JAIME ALATORRE, RAUL ALATORRE, GLORIA RAMIREZ, DAVID RAMIREZ, ALEXANDRA RAMIREZ A ND ANDREA RAMIREZ AGINST DEFENDANTS COUNTY OF KERN TANNER MILLER AND ROBERT REED; ORDER<br><br>Trial date:     June 7, 2016<br>Time:           9:00 a.m.<br>Courtroom:   4<br><br>Complaint filed: June 11, 2014 |

///

Stipulation for Partial Dismissal

1 **COME NOW**, Plaintiffs Gloria Ramirez, David Ramirez, Alexandra Ramirez, Andrea Ramirez, Raul Alatorre and Jaime Alatorre, (hereinafter "Stipulating Plaintiffs") through their counsel of record John A. Tello, of the Law Firm of Rodriguez and Associates, and Defendants County of Kern, Tanner Miller and Robert Reed (hereinafter collectively "County Defendants") through their counsel of record Marshall S. Fontes of Kern County Counsel's Office, and provide as follows:

**IT IS HEREBY STIPULATED**, by and between the STIPULATING PLAINTIFFS and the COUNTY DEFENDANTS in this action through their designated counsel, that any and all claims of the STIPULATING PLAINTIFFS in above-captioned action be dismissed with prejudice in their entirety as to any complaint, allegation and/or cause of action held by the STIPULATING PLAINTIFFS against the COUNTY DEFENDANTS, and more specifically that dismissal may be entered in favor of the COUNTY DEFENDANTS and against each of the STIPULATING PLAINTIFFS

**IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration of a resolution of the matter by the STIPULATING PLAINTIFFS and the COUNTY DEFENDANTS, and that each of said parties hereby agree to bear all of its/their own costs and attorney's fees with respect to the litigation.

IT IS FURTHER STIPULATED that the aforementioned dismissal and agreement will have no effect on nor prejudice against the non-settling plaintiffs, Brian Dora, Sr. and Brian Dora, Jr, and their claims against the COUNTY DEFENDANTS

Dated: July 6, 2015          RODRIGUEZ AND ASSOCIATES

By: /s/ John A. Tello                              .
    John A. Tello, Esq.
    Attorney for Plaintiffs, Brian Dora, Jr.,
    Brian Dora, Sr., Gloria Ramirez, David

Stipulation for Partial Dismissal

|   |   |
|---|---|
|   | Ramirez, Alexandra Ramirez, Andrea Ramirez, Raul Alatorre and Jaime Alatorre |

Dated: July 9, 2015        THERESA A. GOLDNER, COUNTY COUNSEL


By: /s/ Marshall S. Fontes                    .
    Marshall S. Fontes, Deputy
    Attorneys for Defendants, County of Kern,
    Robert Reed and Tanner Miller


**ORDER**

IT IS SO ORDERED.

Dated:   **July 13, 2015**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Stipulation for Partial Dismissal