DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
JOHN A. TELLO, ESQ., SBN 086589
JOHN A. KAWAI, ESQ., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 Eye Street
Bakersfield, CA  93301
Tel. No.: (661) 323-1400
Fax No.: (661) 323-0132

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR., BRIAN DORA, SR., JAIME ALATORRE, RAUL ALATORRE, GLORIA RAMIREZ, DAVID RAMIREZ, ALEXANDRA RAMIREZ and ANDREA RAMIREZ<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, ROBERT REED, TANNER MILLER and DOES 1 to 100, Inclusive,<br><br>Defendants. | **Case No. 1:14-CV-00896-LJO-JLT**<br><br>**STIPULATION TO AMEND SCHEDULING ORDER; [~~PROPOSED~~] ORDER**<br><br>**(Doc. 23)** |

///

///

# STIPULATION

1. Undersigned counsel for Plaintiffs, BRIAN DORA, JR.[1] and BRIAN DORA, SR., and undersigned counsel for Defendants, COUNTY OF KERN, ROBERT REED, and TANNER MILLER, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

2. WHEREAS:

   The currently scheduled deadlines and dates in this action are as follows:
   - Non-expert discovery cut-off: July 27, 2015;
   - Joint expert disclosure: August 10, 2015;
   - Joint rebuttal expert disclosure: September 10, 2015;
   - Expert discovery cut-off: October 9, 2015;
   - Non-dispositive motion filing: October 19, 2015, to be heard no later than November 16, 2015;
   - Dispositive pre-trial motion filing: December 1, 2015, to be heard no later than January 12, 2016;
   - Settlement conference: September 9, 2015, 9:30 a.m.;
   - Pre-trial conference: April 6, 2016 at 8:30 a.m. in Courtroom 4;
   - Trial: June 7, 2016 at 8:30 a.m. in Courtroom 4.

3. Undersigned counsel stipulate and agree to request that the Court enter an Order amending the scheduling order in this case, such that:

---

[1] The Court is aware that Brian Dora, Jr., now has new counsel. However, Mr. Kawai still represents Mr. Brian Dora, Sr., and is authorized to proceed on his behalf. Although Brian Dora, Jr.'s counsel has not stipulated to this modification, it appears to work toward this plaintiff's benefit and, new counsel has not filed any objection to this modification despite it having been filed nearly two weeks before the request to substitute counsel.

    a. All non-expert discovery shall be completed no later than November 24, 2015;

    b. Joint expert disclosure, in the manner required by the scheduling order, shall occur no later than December 8, 2015;

    c. Joint rebuttal expert disclosure, in the manner required by the scheduling order, shall occur no later than January 8, 2016;

    d. All expert discovery shall be completed no later than February 8, 2016;

    e. Any non-dispositive motions shall be filed no later than February 16, 2016 and heard no later than March 15, 2016;

    f. All dispositive pre-trial motions shall be filed no later than March 30, 2016 and heard no later than May 11, 2016;

    g. The settlement conference shall take place in January 2016, according to the Court's schedule;

    h. The pre-trial conference shall take place in August 2016, according to the Court's schedule;

    i. The trial shall take place in October 2016, according to the Court's schedule.

4. The parties so stipulate because:

    (a) (1) BRIAN DORA, JR. is presently contesting criminal charges related to the subject incident of this lawsuit having recently learned of those pending charges and having surrendered himself to the Kern County Sheriff's Department.  He is scheduled to be arraigned in the Kern County Superior Court on Information Number BF148721C on <u>July 21, 2015</u>, at which the time he will enter pleas of "Not Guilty" to all charges.

(2)   The court will then set a jury trial date within <u>60 days</u> of the arraignment date plus <u>10 additional trailing days</u> provided Mr. Dora chooses to waive the 60-day rule.   Otherwise, the jury trial must commence within the 60-day time period.  The office of RODRIGUEZ & ASSOCIATES does not represent BRIAN DORA, JR. for those underlying criminal charges.

(3)   BRIAN DORA, JR.'s criminal defense attorney, James Rogers of Bakersfield, California, has informed Plaintiffs' counsel that he will give an estimate of <u>5 to 7 court days</u> for jury trial and jury selection.  Depending on the outcome of the jury trial, if convicted, Mr. Dora, Jr., will receive his sentence within <u>28 days</u> of the jury verdict.  Mr. Dora, Jr., then has <u>60 days</u> to file his notice of appeal of the conviction.   If acquitted, Mr. Dora, Jr., will face no further hearings in the criminal matter.

(4)   Until the resolution of his criminal case, BRIAN DORA, JR. will assert his Fifth Amendment privilege against self-incrimination and refuse to answer any questions posed to him during the discovery process in his civil rights litigation against the Kern County Sheriff's Department in the instant matter.

Given the above, and despite the diligence of all parties in this matter, additional time is required to conduct discovery with respect to this plaintiff.

(b) It is therefore impossible for the parties to complete the necessary discovery in this case before the current non-expert discovery cut-off date.

(c) The parties believe that this constitutes good cause for an amendment of the scheduling order in this case, and believe that an additional one hundred twenty (120) days will be sufficient to complete non-expert discovery.

DATED: July 16, 2015					RODRIGUEZ & ASSOCIATES

							By:   /s/ John A. Kawai
							      JOHN A. TELLO
							      JOHN A. KAWAI
							      Attorneys for Plaintiffs

DATED: July 16, 2015					KERN COUNTY COUNSEL

							By:   /s/ Marshall S. Fontes
							      THERESA A. GOLDNER
							      MARSHALL S. FONTES
							      Attorneys for Defendants

# [~~PROPOSED~~]
# ORDER

The parties having stipulated, and good cause appearing, the Court **ORDERS**:

The stipulation to amend the scheduling order is **GRANTED** as follows:

1. All non-expert discovery SHALL be completed no later than [November 24, 2015;
2. Joint expert disclosure, in the manner required by the scheduling order, SHALL occur no later than December 8, 2015;
3. Joint rebuttal expert disclosure, in the manner required by the scheduling order, SHALL occur no later than January 8, 2016;
4. All expert discovery SHALL be completed no later than February 8, 2016;
5. Any non-dispositive motions SHALL be filed no later than [February 16, 2016 and heard no later than March 15, 2016;
6. All dispositive pre-trial motions SHALL be filed no later than March 30, 2016 and heard no later than May 18, 2016;
7. The settlement conference SHALL take place on January 14, 2016 at 9:30 a.m.;
8. The pre-trial conference SHALL take place on July 13, 2016 in Courtroom 4;
9. The trial SHALL begin September 13, 2016 in Courtroom 4.

IT IS SO ORDERED.

Dated:   **July 27, 2015**                   **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE