# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00896 LJO JLT<br><br>ORDER TO PLAINTIFF BRIAN DORA, SR., MARK GERAGOS AND BENJAMIN MEISELAS TO SHOW CAUSE WHY SANCTIONS SHOULD NTO BE IMPOSED |

      On July 27, 2015, the Court granted the request of Brian Dora, Jr., to substitute Mark Geragos and Benjamin Meiselas as his counsel of record. (Doc. 28) Notably, at that time, the Geragos firm represented that Brian Dora, Sr., also would seek to substitute them for his previous counsel. The Geragos firm has taken steps to ensure that the previous law firm, Rodriguez & Associates, refrains from further contact with the senior Mr. Dora (Doc. 30 at 3) but have failed to file a request for a substitution of his attorneys. Thus, the matter as to this plaintiff has come to a complete standstill. Id.

///
///
///
///
///

1

Therefore, **within 14 days**, the Court **ORDERS** Brian Dora, Sr., Mark Geragos and Benjamin Meiselas to show cause why sanctions should not be imposed for their actions which have delayed the progress of this case. Alternatively, the Plaintiff may file a request for substitution of attorneys within 14 days.

IT IS SO ORDERED.

Dated:   **September 10, 2015**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE