# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR., et al., | Case No.: 1:14-cv-00896 LJO JLT |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 31) |
| v. | ORDER GRANTING REQUEST FOR SUBSTITUTION OF ATTORNEYS (Docs. 32, 33) |
| COUNTY OF KERN, et al., | |
| Defendants. | ORDER DISREGARDING AS MOOT MOTION TO WITHDRAW AS COUNSEL OF RECORD (Doc. 30) |

On September 10, 2015, the Court ordered Plaintiff, Brian Dora Sr., and his prospective counsel, Mark Geragos and Benjamin Meiselas, to show cause why sanctions should not be imposed due to their actions which have caused the stagnation of this case. (Doc. 31) Alternatively, the Court permitted Mr. Dora, Sr. to file his request for substitution of attorneys. Id.

Now before the Court are the requests of Mr. Dora Sr., to substitute Mr. Geragos and Mr. Meiselas for his previous attorneys. (Docs. 32, 33) The firm of Rodriguez and Associates, through Mr. Kawai, agrees to the substitutions. Id. In addition, counsel has filed a response to the order to show cause and have explained that they were delayed in obtaining Mr. Dora's signature on the substitution of attorneys request because they had trouble locating him. (Doc. 34)

///

///

Therefore, the Court **ORDERS**:

1. The order to show cause issued to Brian Dora Sr., and his prospective counsel, Mark Geragos and Benjamin Meiselas, is **DISCHARGED**;

2. Brian Dora, Sr.'s requests to substitute the firm of Geragos & Geragos, APC for his previous attorney, Rodriguez & Associates (Docs. 32, 33), is **GRANTED**;

3. The motion, filed by the firm of Rodriguez & Associates to withdraw as counsel of record is **DISREGARDED as MOOT**.

IT IS SO ORDERED.

Dated: **September 22, 2015**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE