# UNITED STATES DISTRICT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR, et al.,<br><br>                Plaintiffs,<br><br>        vs.<br><br>COUNTY OF KERN, et al.,<br><br>                Defendants. | **Case 1:14-cv-00896-LJO-JLT**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>(Doc. 36) |

### [PROPOSED] ORDER

Good cause appearing, the Court **ORDERS**:

1. The matter is **STAYED**;

2. Within 10 days of the resolution of *People of the State of California v. Brian Dora, Jr.*, Superior Court of California, County of Kern, Case No. BF148721C, counsel **SHALL** file a joint status report summarizing the outcome of the criminal matter and whether the stay should be lifted.

IT IS SO ORDERED.

   Dated:   **November 12, 2015**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE