1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT

## EASTERN DISTRICT OF CALIFORNIA

BRIAN DORA, JR et al.,

        Plaintiffs,

        vs.

COUNTY OF KERN, et al.,

        Defendants.

**Case 1:14-cv-00896-LJO-JLT**

**ORDER TO THE PARTIES TO SHOW CAUSE WHY THE STAY SHOULD NOT BE LIFTED**

(Doc. 36)

Upon the stipulation of counsel, on November 12, 2015, the Court stayed this action to allow the resolution of the criminal action, *People of the State of California v. Brian Dora, Jr.*, Superior Court of California, County of Kern, Case No. BF148721C.  By review of the docket, the Court has determined that on August 26, 2016, Mr. Dora pleaded to various charges and is set to be sentenced on September 29, 2016.  Because it appears that any concerns over Mr. Dora's Fifth Amendment rights have been allayed by his plea, the Court knows of no reason why the stay should not be lifted and the case re-scheduled. However, before it acts, it will permit the parties to address this topic.

///

///

///

///

///

///

1    Therefore, the Court **ORDERS**:

2           1.       Within ten days, the parties SHALL show cause in writing why the stay should not be

3    lifted and the case re-scheduled.

4
     IT IS SO ORDERED.
5

6        Dated:    **September 15, 2016**                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28