# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIAN DORA, JR., et al.,

      Plaintiffs,

  v.

COUNTY OF KERN, et al.,

      Defendants.

) 1: 14-CV-0896 - LJO - JLT
)
) FURTHER SCHEDULING ORDER
)

1. Non-expert discovery **SHALL** be completed no later than **March 3, 2017**[1];

2. Expert discovery **SHALL** be completed no later than **July 31, 2017**;

3. The parties **SHALL** disclose all expert witnesses no later than **May 12, 2017** and rebuttal experts no later than **June 14, 2017**;

4. The further mid-discovery status conference is set on **January 17, 2017** at 8:30 a.m.;

5. Non-dispositive motions may be filed no later than **June 30, 2017** and heard no later than **July 28, 2017**;

6. Dispositive motions may be filed no later than **August 11, 2017** and heard no later than

---

[1] At the conference, counsel for the plaintiffs indicated that they plaintiffs have not conducted written discovery. This is contrary to the statement provided by their previous counsel in July 2015 which represents that the plaintiffs propounded and the County responded to two sets of requests for production of documents. (*See* Doc. 25 at 3) Likewise, this is contrary to representations made by plaintiffs' counsel in March 2015. (*See* Doc. 18 at 3) In addition, at the hearing defendants' counsel indicated that medical records for the plaintiffs have not been received. However, this is contrary to the representation made in July 2015 that "County served records subpoenas on medical providers, employers and educational institutions relating to records of each of the eight plaintiffs. County received approximately 16 sets of records in response to the various subpoenas between March 30 and June 16 of 2015." (Doc. 25 at 2)

1

**September 26, 2017**;

    7.    The pretrial conference is set on **November 7, 2017** at 8:30 a.m. in Courtroom 4 before Chief Judge O'Neill;

    8.    The trial is set on **January 9, 2018** at 8:30 a.m. in Courtroom 4 before Chief Judge O'Neill;

    9.    Counsel **SHALL** meet and confer no later than the end of the day today related to the responses the plaintiffs made to discovery requests propounded in late 2014 (*See* Doc. 25 at 2);

    10.   All other requirements set forth in the scheduling order (Doc. 14) remain in effect.

**The dates set in this Order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish <u>extraordinary good cause</u> for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.


IT IS SO ORDERED.

   Dated:    **October 28, 2016**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

2