# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR., et al., | ) Case No.: 1:14-cv-0896 LJO JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) |
| COUNTY OF KERN, et al., | ) |
| Defendants. | ) |

On May 16, 2017, the plaintiff filed a notice of settlement. (Doc. 47) Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than June 16, 2017;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **May 17, 2017**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE