# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DORA, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:14-cv-0896 LJO JLT <br><br> ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On May 16, 2017, the plaintiff filed a notice of settlement. (Doc. 47) Thereafter, the Court ordered that the stipulation to dismiss the action must be filed by June 16, 2017. (Doc. 48) This has not occurred. Thus, the Court **ORDERS**:

1. No later than July 7, 2017, the parties SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the court's orders. Alternatively, they may file the stipulated dismiss by July 7, 2017.

IT IS SO ORDERED.

Dated: **June 29, 2017**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE