**MARK M. NATIONS, INTERIM COUNTY COUNSEL**
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern, Tanner Miller,
and Robert Reed

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN DORA, JR., BRIAN DORA, SR., JAIME ALATORRE, RAUL ALATORRE, GLORIA RAMIREZ, DAVID RAMIREZ, ALEXANDRA RAMIREZ AND ANDREA RAMIREZ,<br>　　　　Plaintiffs,<br>　　　　v.<br>COUNTY OF KERN, ROBERT REED, TANNER MILLER and DOES 1 to 100, inclusive,<br>　　　　Defendants. | CASE NO. 1:14-CV-00896-LJO-JLT<br><br>ORDER CLOSING CASE<br>(Doc. 50) |

**~~PROPOSED~~ ORDER**

The parties filed a joint stipulation to dismiss this case. (Doc. 50) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Court **ORDERS**:

1.　　Clerk of Court is **DIRECTED** to close this action;

1

---

**~~PROPOSED~~ ORDER ON JOINT STIPULATION**　　　Case No.: 1:14-CV-00896-LJO-JLT

2. The Court retains jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED.

Dated: __**June 30, 2017**__   __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE